IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. ARMSTRONG, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.R. BARD INC. and BARD )<br>PERIPHERAL VASCULAR INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>2:19-cv-1055-ALB-SMD |

**ORDER**

Before the Court is the parties' Joint Motion for Entry of Certain Protective Orders and Case Management Orders from the MDL. (Doc. 39). For good cause shown, the parties' joint motion is hereby granted, and the following Protective Orders entered in the MDL are adopted:

1. November 10, 2015 Stipulated Protective Order (MDL Doc. 269);

2. January 5, 2016 Case Management Order No. 7 (MDL Doc. 401);

3. November 16, 2016 Amended Case Management Order No. 17 (MDL Doc. 4015);

4. March 31, 2016 Case Management Order No. 9 (ESI Protocol) (MDL Doc. 1259); and

5. May 5, 2016 Case Management Order No. 12 (Joint Records Collection) (MDL Doc. 1663).

So ordered, this 3rd day of June, 2020.

                                         /s/ Stephen M. Doyle
                                         STEPHEN M. DOYLE
                                         UNITED STATES MAGISTRATE JUDGE